UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHRISTOPHER "CHIP" PAUCEK and
PRO ATHLETE COMMUNITY, INC.,
                    *Plaintiff*

    *v.*

DAHN SHAULIS
                    *Defendant*

Civil Action No. 1:24-cv-09807

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  Plaintiff Pro Athlete Community, Inc.  , is a non-governmental corporation and that:

☐   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

## OR

☑   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

1735 Market Street, Suite 3300
_____
Address

Philadelphia, PA 19103-7501
_____
City/State/Zip

10/16/2024
_____
Date