# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTOPHER "CHIP" PAUCEK and PRO ATHLETE COMMUNITY, INC.,**<br><br>*Plaintiff*<br><br>v.<br><br>**DAHN SHAULIS,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-09807<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Larry Fornicola, state:

At the time of service, I was a competent adult not having a direct interest in the litigation.

I served the following documents to Dahn Shaulis in Atlantic County, NJ on October 18, 2024 at 5:23 pm at 49 South Main Street, apt. 314, Pleasantville, NJ 08232 by personal service by handing the following documents to an individual identified as Dahn Shaulis.

COMPLAINT AND JURY DEMAND
SUMMONS

Additional Description:
Secure building,

White Male, est. age 45-54, glasses: Y, Gray hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.3914520157,-74.5230823493
Photograph: See Exhibit 1

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

[county] Ocean County,

NJ [state] on [date] 10/22/24.

*[signature]*
Notary Public

/s/ [signature]
Signature
Larry Fornicola
+1 (732) 522-0056

KRISTIE M KOVACS
Notary Public, State of New Jersey
My Commission Expires Aug 12, 2028

