

488 MADISON AVENUE, SUITE 1120, NEW YORK, NEW YORK 10022
OFFICE 212.593.2112    WEB SERBAGILAW.COM
EMAIL CHRISTOPHER@SERBAGILAW.COM

<u>By ECF</u>
The Honorable Renée Marie Bumb
Chief, United States District Judge
United States District Court
District of New Jersey
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

SO ORDERED this 7th day of February 2025

*signature*

United States District Judge

    Re: <u>Paucek v. Shaulis, Index. No. 1:24-cv-09807</u>

Dear Chief Judge Bumb:

    I represent the Defendant Dan Shaulis in the above-entitled action. I write to respectfully request that Defendant Shaulis be permitted to submit his reply briefing on the pending choice of law and preemption on February 18, 2025, rather than the currently scheduled February 10, 2025. Plaintiffs have consented to this request. This is the first request for an extension. The reason for the request is that there is a lot to cover in Plaintiffs' opposition. In retrospect, I should have asked for more time at the outset. I am a solo practitioner, working on this case entirely by myself, and I have encountered a number of unexpected matters I need to attend to.

    Thank you for considering this request.

Respectfully Submitted,

/s/ Christopher Serbagi

Christopher Serbagi