# BakerHostetler

Baker&Hostetler LLP

1735 Market Street
Suite 3300
Philadelphia, PA  19103-7501

T  215.568.3100
F  215.568.3439
www.bakerlaw.com

May 22, 2025

**VIA ECF**

SO ORDERED this 23rd day
of  May    20 25

*Renée Marie Bumb*

**United States District Judge**

The Hon. Renée Marie Bumb
Chief Judge, U.S.D.C. for the District of New Jersey
4th & Cooper Streets, Room 1050,
Camden, NJ 08101

*Re:    Paucek et al. v. Shaulis, No. 1:24-cv-09807*

Dear Chief Judge Bumb:

    Plaintiffs Christopher "Chip" Paucek and Pro Athlete Community, Inc. write to invoke the automatic extension under Local Civil Rule 7.1(d)(5) with respect to the original motion day selected by Defendant Dahn Shaulis ("Shaulis") for his Motion for Judgment on the Pleadings (ECF No. 47), filed on May 21, 2025. The originally noticed motion day—June 16, 2025—has not previously been extended or adjourned.

    Given Plaintiffs' invocation of Local Civil Rule 7.1(d)(5), the new motion day for Shaulis's Motion for Judgment on the Pleadings is July 7, 2025. Plaintiffs' understanding is that accordingly the new deadline for Plaintiffs to file their opposition papers is June 23, 2025, and the new deadline for Shaulis to file his reply papers is June 30, 2025.

Respectfully Submitted,

/s/ Chad A. Rutkowski

Chad A. Rutkowski