Chad A. Rutkowski
Oren J. Warshavsky (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Phone: 215.568.3100
Fax: 215.568.3439
Email: crutkowski@bakerlaw.com

*Attorneys for Plaintiffs* CHRISTOPHER "CHIP" PAUCEK and PRO ATHLETE COMMUNITY, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER "CHIP" PAUCEK and PRO ATHLETE COMMUNITY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DAHN SHAULIS,<br><br>Defendant. | Case No.: 1:24-cv-09807<br><br>Chief Judge Renée Marie Bumb<br><br>Magistrate Judge Ann Marie Donio<br><br>Motion Day: July 7, 2025<br><br>**NOTICE OF PLAINTIFFS' CROSS-MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM** |

**PLEASE TAKE NOTICE** that, following the Court's May 6, 2025 Opinion (ECF No. 45), Plaintiffs Christopher "Chip" Paucek and Pro Athlete Community, Inc., by and through their undersigned counsel, hereby cross-move for an Order dismissing Defendant Dahn Shaulis's Counterclaim under the New Jersey Uniform Public Expression Protection Act, N.J.S.A. § 2A:53A-49 *et seq*. (ECF No. 25 ¶¶ 97–182) in its entirety pursuant to Federal Rule of Civil Procedure 12(c) ("Cross-Motion to Dismiss").

**PLEASE TAKE FURTHER NOTICE** that, in support of their Cross-Motion to Dismiss, Plaintiffs submit the accompanying Consolidated Brief Opposing Defendant's Motion

for Judgment on the Pleadings (ECF No. 47) and in Support of Plaintiffs' Cross-Motion to Dismiss Defendant's Counterclaim.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated: June 23, 2025

*/s/ Chad A. Rutkowski*

Chad A. Rutkowski
Oren J. Warshavsky (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Phone: 215.568.3100
Fax: 215.568.3439
Email: crutkowski@bakerlaw.com

*Attorneys for Plaintiffs* CHRISTOPHER "CHIP" PAUCEK and PRO ATHLETE COMMUNITY, INC.