

488 MADISON AVENUE, SUITE 1120, NEW YORK, NEW YORK 10022
OFFICE 212.593.2112    WEB SERBAGILAW.COM
EMAIL CHRISTOPHER@SERBAGILAW.COM

June 24, 2025

By ECF
The Honorable Renée Marie Bumb
Chief, United States District Judge
United States District Court
District of New Jersey
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

SO ORDERED this 25th day
of June 20 25

*[signature: Renée Marie Bumb]*
United States District Judge

Re: *Paucek v. Shaulis*, Index. No. 1:24-cv-09807

Dear Chief Judge Bumb:

    I represent the Defendant in the above-entitled action. I write with the consent of Plaintiffs to respectfully request a seven-day extension for Defendant's time to file his reply papers on the anti-SLAPP briefing which is currently due on June 30, 2025. Defendant has previously requested and received one extension of time for eight days. Defendant seeks an extension because Defendant's counsel is a solo practitioner with limited resources and is also struggling with a recent eye issue that makes briefing more difficult.

    If the Court grants Defendant's extension request, Defendant's deadline for his reply papers would be July 7, 2025.

Respectfully submitted,

*[signature: Christopher Serbagi]*

**THE SERBAGI LAW FIRM, P.C.**
Christopher Serbagi, Esq.
595 West End Avenue, Apt. 15B
New York, NY 10022
Tel: (917) 880-6187

Attorney for Defendant Dahn Shaulis