

488 MADISON AVENUE, SUITE 1120, NEW YORK, NEW YORK 10022
OFFICE 212.593.2112    WEB SERBAGILAW.COM
EMAIL CHRISTOPHER@SERBAGILAW.COM

July 2, 2025

<u>By ECF</u>
The Honorable Renée Marie Bumb
Chief, United States District Judge
United States District Court
District of New Jersey
4th & Cooper Streets, Room 1050
Camden, New Jersey 08101

    Re: <u>Paucek v. Shaulis</u>, Index. No. 1:24-cv-09807

Dear Chief Judge Bumb:

    I represent the Defendant in the above-entitled action. I write with the consent of Plaintiffs to respectfully request a three page extension on Defendants' reply memorandum, due on July 7. Defendant has not previously requested a page extension. The need for an extension is to address a multitue of issues raised by the Plaintiff on reply, including, *inter alia,* issues of public concern, actual malice, limited purpose public figure, the impact of FRCP 8, opinion v. fact, Defendant's view on the duplicative nature of Plaintiffs' claims, inapplicable case law (in Defendant's view), and other issue pertaining to the rhetorical nature of the posts at issue. I thank the Court for considering this request.

    Respectfully submitted,

    *Christopher Serbagi*

    **THE SERBAGI LAW FIRM, P.C.**
    Christopher Serbagi, Esq.
    595 West End Avenue, Apt. 15B
    New York, NY 10022
    Tel: (917) 880-6187

    Attorneys for Defendant Dahn Shaulis

<u>LOCAL COUNSEL</u>

    <u>/s/ Adam Pollock</u>
Adam Pollock
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
Tel: (212) 337-5361
*adam@pollockcohen.com*