# BakerHostetler

Baker&Hostetler LLP

1735 Market Street
Suite 3300
Philadelphia, PA 19103-7501

T 215.568.3100
F 215.568.3439
www.bakerlaw.com

Chad A. Rutkowski
direct dial: 215.564.8910
CRutkowski@bakerlaw.com

September 2, 2025

The Hon. Ann Marie Donio
Magistrate, U.S.D.C. for the District of New Jersey
4th & Cooper Streets, Room 1050,
Camden, NJ 08101

Re:   *Paucek et al. v. Shaulis, No. 1:24-cv-09807*

Dear Judge Donio:

We represent Plaintiffs Christopher "Chip" Paucek and Pro Athlete Community, Inc. in the above captioned matter. The defendant, Dahn Shaulis is represented by Chrisopher Serbagi and Adam L Pollock of Cohen Pollock.

We write to follow up on Plaintiffs' adjournment request of the in-person settlement conference (ECF No. 67), and the Court's direction for the parties to meet and confer to set a new date (ECF 68). The parties have met and conferred, and are available September 15th or 17th. Plaintiffs prefer September 17th if that date is convenient for Your Honor.

Sincerely,

*[signature]*

Chad A. Rutkowski

cc:   Christopher Serbagi, Esq.
      Adam Pollock, Esq.
      Oren Warshavsky, Esq.