BakerHostetler

Baker&Hostetler LLP

1735 Market Street
Suite 3300
Philadelphia, PA  19103-7501

T 215.568.3100
F 215.568.3439
www.bakerlaw.com

Chad A. Rutkowski
direct dial: 215.564.8910
CRutkowski@bakerlaw.com

September 10, 2025

The Hon. Ann Marie Donio
Magistrate, U.S.D.C. for the District of New
Jersey
4th & Cooper Streets, Room 1050,
Camden, NJ 08101

Re:     *Paucek et al. v. Shaulis, No. 1:24-cv-09807*

Dear Judge Donio:

We represent Plaintiffs Christopher "Chip" Paucek and Pro Athlete Community, Inc. in the above captioned matter. The defendant, Dahn Shaulis is represented by Chrisopher Serbagi and Adam L Pollock of Cohen Pollock.

We write to request leave for my colleague Gilbert Keteltas to appear at the in-person settlement conference (ECF No. 67) scheduled for Monday September 15th while his pro hac vice application (ECF 72) is pending. Mr. Keteltas will be substituting in as lead counsel for Oren Warshavsky, assuming that his application is granted. Defendant consents to this request. Thank you for Your Honor's consideration of this request.

Sincerely,

Chad A. Rutkowski

So Ordered this 10th day of September 2025

By: _____
ANN MARIE DONIO, U.S.M.J.

cc:     Christopher Serbagi, Esq.
        Adam Pollock, Esq.
        Gilbert Keteltas, Esq.

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Dallas    Denver    Houston    Los Angeles*
*New York    Orange County    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*