IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHRISTOPHER PAUCEK, also known as CHIP, and PRO ATHLETE COMMUNITY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAHN SHAULIS, <br><br> Defendant. | Civil No. 24-9807 (RMB/AMD) |

**<u>ORDER</u>**

This Order confirms the directives given to counsel during the telephonic discovery conference held on January 21, 2026, with all counsel as noted on the record; and good cause appearing for the entry of the within Order:

IT IS on this **21st** day of **January 2026**, hereby **ORDERED**:

1. Within ten (10) days of the date of this Order, Plaintiffs are granted leave to serve no more than five requests for production of documents with respect to the factual basis on which Defendant's speech relies, as set forth on the record on January 21, 2026. Defendant shall provide written objections to such requests for production within five (5) days of receipt of such requests.

2. Within ten (10) days of the date of this Order, all parties are granted leave to serve no more than five requests for production of documents on the issue of public concern and five requests for production of documents on the issue of Plaintiffs' purported damages, as set forth on the record on January 21, 2026. The party responding to such requests shall provide written objections within five (5) days of receipt of such requests.

      3. The Court will conduct a telephonic discovery conference on **February 19, 2026 at 10:30 A.M.** Counsel shall utilize the following dial-in instructions for the conference: 1-856-210-8988 / 137 482 220#.

      4. At least three (3) business days prior to the scheduled conference, the parties shall provide the Court with the document requests and any objections thereto as set forth on the record on January 21, 2026.

                    s/ Ann Marie Donio
                    ANN MARIE DONIO
                    UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Renée Marie Bumb