IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

CHRISTOPHER PAUCEK, also known
as CHIP, and PRO ATHLETE
COMMUNITY, INC.,

              Plaintiffs,

      v.

DAHN SHAULIS,

              Defendant.

Civil No. 24-9807 (RMB/AMD)

**ORDER**

       This Order confirms the directives given to counsel during the telephonic discovery conference held on the record on February 19, 2026, with all counsel as noted on the record; and good cause appearing for the entry of the within Order:

       IT IS on this **19th** day of **February 2026**, hereby **ORDERED**:

       1.   The request of Defendant Dahn Shaulis, as set forth in a letter [D.I. 90] dated February 18, 2026, requesting that local counsel be excused from court proceedings is granted with respect to the conference on February 19, 2026 but denied to the extent Defendant seeks permission for local counsel to be excused from all future proceedings. Defendant shall make a specific request for local counsel to be excused from a particular proceeding in advance of such proceeding, as set forth on the record on February 19, 2026.

       2.   The parties shall comply with Local Civil Rule 7.1.1. by filing a statement in accordance with the rule by no later than **February 23, 2026**, as set forth on the record on February 19, 2026.

       3. By no later than **February 20, 2026**, the parties shall provide supplemental responses to the document requests served

upon them and shall clarify therein whether documents responsive to each respective request exist and are being withheld pursuant to objections, or whether no documents responsive to each request exist, as set forth on the record on February 19, 2026.

4. The parties shall meet and confer on the document requests by no later than **February 25, 2026**, as set forth on the record on February 19, 2026.

5. The parties are granted leave to file motions to compel responses to their respective requests for production of documents, as set forth on the record on February 19, 2026, by no later than **February 27, 2026**. Opposition to the motions shall be filed in accordance with the court rules. Reply briefs may only be filed with leave of court.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Renée Marie Bumb

2