Zachary D. Wellbrock, Esq.
**ANSELMI & CARVELLI, LLP**
56 Headquarters Plaza
West Tower, Fifth Floor
Morristown, New Jersey 07960
(973) 635-6300
zwellbrock@acllp.com

Christopher Serbagi, Esq.
**The Serbagi Law Firm, P.C.**
595 West End Avenue, Apt. 15B
New York, New York 10024
(917) 880-6187
christopher@serbagilaw.com
(admitted pro hac vice)

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER "CHIP" PAUCEK and PRO ATHLETE COMMUNITY, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> DAHN SHAULIS, <br><br>    Defendant. | Civil Action No.: 24-cv-9807 <br><br> **SUBSTITUTION OF ATTORNEY AS TO PRO HAC COUNSEL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel and clients, Defendant Dahn Shaulis, that subject to approval by the Court, Zachary D. Wellbrock, Esq. (NJ Attorney ID No. 036872011) and the law firm of Anselmi & Carvelli LLP be substituted as counsel of record in place and instead of Adam Pollock, Esq. of the law firm of Pollock Cohen LLP, as counsel for the Defendants in this matter.

**IT IS FURTHER STIPULATED AND AGREED** that, subject to approval by the Court, Adam Pollock, Esq. and the law firm of Pollock Cohen LLP be relieved of all duties,

responsibilities, and obligations pursuant to the November 19, 2024 Order Granting Motion to Admit Christopher Serbagi *Pro Hac Vice* (ECF Doc. No. 14) and that all such duties, responsibilities, and obligations thereunder be assumed by Zachary D. Wellbrock, Esq. and the law firm of Anselmi & Carvelli LLP.

| Withdrawing Counsel: | Superseding Counsel: |
|---|---|
| **POLLOCK COHEN LLP**<br>111 Broadway, Suite 1804<br>New York, New York 10006<br>(212) 337-5361 | **ANSELMI & CARVELLI LLP**<br>56 Headquarters Plaza<br>West Tower, Fifth Floor<br>Morristown, New Jersey 07960<br>(973) 635-6300 |
| By: */s/ Adam Pollock*<br>     Adam Pollock | By: _____<br>     Zachary D. Wellbrock |
| Dated: February 11, 2026 | Dated: February 11, 2026 |

SO ORDERED:

s/ Ann Marie Donio  2/19/2026
_____
ANN MARIE DONIO, U.S.M.J.