Chad A. Rutkowski
Gilbert S. Keteltas (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Phone:    215.568.3100
Fax:      215.568.3439
Email:    crutkowski@bakerlaw.com

*Attorneys for Plaintiffs* CHRISTOPHER "CHIP"
PAUCEK and PRO ATHLETE COMMUNITY, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER "CHIP" PAUCEK and PRO ATHLETE COMMUNITY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DAHN SHAULIS,<br><br>Defendant. | Case No.: 1:24-cv-09807<br><br>Chief Judge Renée Marie Bumb<br><br>Magistrate Judge Ann Marie Donio<br><br>**PLAINTIFFS' LOCAL CIVIL RULE 7.1.1 STATEMENT CONCERNING THIRD-PARTY LITIGATION FUNDING** |

Pursuant to Local Civil Rule 7.1.1, Plaintiffs Christopher "Chip" Paucek and Pro Athlete Community, Inc. ("PAC"), by and though their undersigned counsel, each hereby submit the following statement concerning third-party litigation funding: No third party is providing funding for any attorneys' fees or expenses incurred by Plaintiff Paucek or Plaintiff PAC in the above-captioned litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

If either Plaintiff becomes aware of information that renders their above statement concerning third-party litigation funding incomplete or incorrect, that Plaintiff will promptly file an amended statement.

Dated: February 23, 2026

/s/ Chad A. Rutkowski
Chad A. Rutkowski
Gilbert S. Keteltas (admitted *pro hac vice*)
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia, PA  19103-7501
Phone:    215.568.3100
Fax:        215.568.3439
Email:    crutkowski@bakerlaw.com

*Attorneys for Plaintiffs* CHRISTOPHER "CHIP" PAUCEK and PRO ATHLETE COMMUNITY, INC.