

488 MADISON AVENUE, SUITE 1120, NEW YORK, NEW YORK 10022
OFFICE 212.593.2112    WEB SERBAGILAW.COM
EMAIL CHRISTOPHER@SERBAGILAW.COM

February 26, 2026

By ECF
The Honorable Magistrate Judge Ann Marie Donio
United States Magistrate Judge
United States District Court
District of New Jersey
4th & Cooper Streets, Room 3A
Camden, New Jersey 08101

        Re: Paucek v. Shaulis, Index. No. 1:24-cv-09807

Dear Magistrate Judge Donio:

       I represent Defendant Dahn Shaulis in the above-entitled action. I write jointly with the Plaintiffs to respectfully request that the February 27, 2026 deadline to file motions to compel set by the Court's order of February 19, 2026 (Dkt 91), be adjourned until Monday, March 2, 2026. The reason for the request is that the parties are still attempting to resolve the pending discovery disputes without Court intervention. This is the parties' first request for an extension.

                                    Respectfully submitted,

                                    *Christopher Serbagi*

                                    Christopher Serbagi

LOCAL COUNSEL
/s/ Zachary D. Wellbrock, Esq.
ANSELMI & CARELLI
56 HQ Plaza, West Tower, Fifth Floor
Morristown, New Jersey 10013
212-308-0070

So Ordered on this 26th day of February 2026

_s/Ann Marie Donio_____
Ann Marie Donio
U.S. Magistrate Judge

1